IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SCOTTIE GENE RHODES                                           PLAINTIFF

    v.                          No. 08-5266

OFFICER MICHAEL BELL, et al.                                  DEFENDANTS

### O R D E R

Now on this 7th day of May 2009, comes on for consideration the Report and Recommendation issued by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on March 31, 2009. (Doc. 13.) Plaintiff has filed written objections to the Report and Recommendation, in which he essentially asserts that he does not "know anything about" the law cited in the Report and Recommendation and that he needs a lawyer in order to be able to pursue his claims. (Doc. 15).

The Court has reviewed this case de novo. Plaintiff previously filed a motion for appointment of counsel, which the Magistrate Judge denied. (Docs. 3, 9.) Plaintiff has not shown that this ruling was clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A). Plaintiff's objections otherwise offer no law or fact that would warrant departure from the Report and Recommendation.

Accordingly, the Court finds that the Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, plaintiff's claims against the following defendants are dismissed on the grounds that they are not cognizable, are frivolous, and/or fail to state claims upon which relief can be granted: Officer Michael Bell; Officer Travis Beyer;

Officer Matt Cheshier; Officer Christopher Arthur; Officer James Miller; the Springdale Police Department; and the Springdale District Attorney's Office.  See 28 U.S.C. § 1915(e)(2)(B).

The Magistrate Judge has directed service on Officer Eric Evans and Officer Matt Stever with regard to Plaintiff's remaining claims.  This matter is hereby referred back to the Magistrate Judge for further consideration of these claims.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**